CENTER FOR DISABILITY ACCESS
Amanda Seaback, Esq., SBN 289900
Isabel Rose Masanque., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff SAMUEL LOVE

SEYFARTH SHAW LLP
Ashley Nicole Arnett
601 South Figueroa Street Suite 3300
Los Angeles, CA 90017
Telephone: ((202) 828-3535
E-mail: aarnett@seyfarth.com

Attorneys for Defendants
WINE COUNTRY HOSPITALITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, | Case No.: 3:21-cv-01439-AGT |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| **Wine Country Hospitality LLC**, and Does 1-10 | |
| Defendants | |

**STIPULATION**

Joint Stip re Dismissal                    -1-                    3:21-cv-01439-AGT

1

2          Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

3    parties hereto that this entire action may be dismissed with prejudice as to all parties;

4    each party to bear his/her/its own attorneys' fees and costs.

5

6

7    Dated: 10/04/2022                     CENTER FOR DISABILITY ACCESS

8
                                            By:/s/ Isabel Rose Masanque
9                                              Isabel Rose Masanque
                                               Attorneys for Plaintiff
10

11

12   Dated: 10/04/2022                     SEYFARTH SHAW LLP

13

14                                          By: /s/ Ashley Nicole Arnett
                                               Ashley Nicole Arnett
15
                                            Attorneys for Defendants
16                                          WINE COUNTRY HOSPITALITY LLC

17

18

19

20

21

22

23

24

25

26

27

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ashley Nicole Arnett, counsel for WINE COUNTRY HOSPITALITY LLC, respectively, and that I have obtained Attorney Arnett's authorization to affix their electronic signature to this document.

Dated: 10/04/2022          CENTER FOR DISABILITY ACCESS


                           By: */s/ Isabel Masanque*
                           Isabel Rose Masanque

                           Attorneys for Plaintiff